UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:10cr202-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PRELIMINARY ORDER** |
| ) | **OF FORFEITURE** |
| ADILSON MADEIRA-TELLES, ) | |
| a/k/k Adriano Madeira-Telles ) | |
| ) | |
| Defendant. ) | |

In the Bill of Indictment in this case, the United States sought forfeiture of property of the Defendant as property that was used or intended to be used to facilitate the crimes charged, which would be subject to forfeiture under 18 U.S.C. § 924(d) and 21 U.S.C. §853.

Defendant subsequently pled guilty to Count One in the Bill of Indictment; and admitted to being in fact guilty of the offense charged in that count. Based on evidence already in the record, including the defendant's plea and admission of the illegal acts alleged in Count One of the Bill of Indictment, the Government has established the requisite nexus between the property and such offense.

It is therefore ORDERED:

1. Based upon Defendant's plea of guilty, the United States is authorized to seize the following property belonging to Defendant, and it is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n):

**One .45 caliber Glock semi-automatic pistol, model 37, serial number GAF120 with magazine and ammunition;**

**One .22 caliber Lorcin semi-automatic pistol, model L22, serial number 004573 with magazine and ammunition;**

**One .380 caliber Keltec, CNC Industries semi-automatic pistol, model P380, serial number K5000 with magazine and ammunition;**

**One 9mm Interarms semi-automatic pistol, model Firestar, serial number 1925588 with magazine and ammunition;**

**One .38 caliber FIE revolver, model Titan Tiger, serial number 0510287 and ammunition;**

**One Norinco, SKS rifle, 7.62 x 39mm, serial number 10166185 and ammunition; and**

**Twenty-six (26) rounds of 7.62 x 39mm ammunition.**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: May 12, 2011

David C. Keesler
United States Magistrate Judge