UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr202-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADILSON MADEIRA-TELLES, )<br>a/k/a Adriano Madeira-Telles )<br>)<br>Defendant. ) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On May 13, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count One in the Bill of Indictment and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

On May 14, 2011 through June 12, 2011, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from May 14, 2011 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

# ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Final Order and Judgment Confirming Forfeiture (#22) is **ALLOWED,** and in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One .45 caliber Glock semi-automatic pistol, model 37, serial number GAF120 with magazine and ammunition;**

**One .22 caliber Lorcin semi-automatic pistol, model L22, serial number 004573 with magazine and ammunition;**

**One .380 caliber Keltec, CNC Industries semi-automatic pistol, model P380, serial number K5000 with magazine and ammunition;**

**One 9mm Interarms semi-automatic pistol, model Firestar, serial number 1925588 with magazine and ammunition;**

**One .38 caliber FIE revolver, model Titan Tiger, serial number 0510287 and ammunition;**

**One Norinco, SKS rifle, 7.62 x 39mm, serial number 10166185 and ammunition; and**

**Twenty-six (26) rounds of 7.62 x 39mm ammunition.**

Signed: July 26, 2011

Max O. Cogburn Jr.
United States District Judge